UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-2555-CV-JLK

JOHN D. R. LEONARD,

    Plaintiff(s),

v.

PEPSICO, INC.,

    Defendant(s).
_____/

FILED by _____ D.C.
DEC 30 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

### ORDER UNSEALING DOCUMENTS

The above-styled case is closed and not on appeal. On 11/07/03, the Clerk of Court sent a notice to the filing parties of sealed documents explaining that the Court intended to unseal the documents unless they requested a different disposition. There has been no response received to the Clerk's Notice of Intent to Unseal, therefore the Clerk's Office is instructed to do the following:

Docket entries: 32, 33, 34, 35 and 36, (documents attached hereto), shall be unsealed, docketed, and placed in the court file.

**DONE** and **ORDERED** at Miami, Florida this ___15___ day of December, 2003.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed in the following manner: *Unsealed and placed in the court file* by *[signature]* on *12/16/03*

37/MH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-2555-CV-KING

STYLE: JOHN D.R. LEONARD VS. PEPSICO, INC.

TO: STEVEN E.M. HARTZ, ESQ.

**CLERK'S NOTICE OF INTENT TO UNSEAL CIVIL DOCUMENTS**

Our records reveal that the following documents were filed under seal upon your motion. The case was closed upon final adjudication on 11/6/96, and is not on appeal.

| Date Filed | Docket Entry No. | Description |
| --- | --- | --- |
| 11/1/96 | 32 | PEPSICO'S MOTION TO SEAL |
| 11/1/96 | 33 | OPPOSITION TO MOTION TO STRIKE |
| 11/1/96 | 34 | DECLARATION OF JOHN MCCULLOUGH |
| 11/1/96 | 35 | DECLARATION OF CALVIN BLAWIE |
| 11/1/96 | 36 | DECLARATION OF MARY ANN POWER |

**We intend to unseal these documents unless you respond and request a different disposition within thirty (30) calendar days of the issuance of this notice. If no response is received, the documents will be unsealed and made a part of the public record. Please send the attached response to: 301 N. Miami Ave., Miami, FL, 33128-7788.**

Clarence Maddox
Court Administrator • Clerk of Court

Date: 11/7/03

By: _____
Deputy Clerk

*no response*